# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2008

134319

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

COLIN INNES,
      Plaintiff-Appellee,

v

      SC: 134319
      COA: 276633
      WCAC: 05-000356

ALLIED AUTOMOTIVE GROUP, INC., and
RELIANCE NATIONAL IDEMNITY COMPANY,
      Defendants-Appellants.

_____/

      By order of January 30, 2008, the application for leave to appeal the May 24, 2007 order of the Court of Appeals was held in abeyance pending the decision in *Stokes v Chrysler LLC* (Docket No. 132648). On order of the Court, the case having been decided on June 12, 2008, 481 Mich 266 (2008), the application is again considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Board of Magistrates for a new hearing and decision consistent with this Court's decision in *Stokes.* The plaintiff's current entitlement to benefits shall continue until a new decision is issued by the Board.

      WEAVER, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2008

_____
Clerk

s0828